# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DAVID W. GOODRICH, ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Civil No. 09-536-P-S |
| ) | |
| MAURICE R. OUELLETTE, et al., ) | |
| ) | |
| Defendants ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 62) filed August 20, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Motion for Summary Judgment filed by Defendants (Docket No. 54) is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ George Z. Singal_
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 13th day of September, 2010.